| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Adrian Gucovschi (State Bar No. 360988)<br>Gucovschi Law, Firm PLLC<br>140 Broadway, FL 46<br>New York, NY 10005 | |
| ATTORNEY(S) FOR: | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Teresa Roberts,<br><br>Plaintiff(s),<br>v.<br><br>The Body Firm, LLC.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-11126<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       Plaintiff, Teresa Roberts
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| The Body Firm, LLC. | Defendant |

| | |
|---|---|
| November 20, 2025 | /s/Adrian Gucovschi |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Teresa Roberts