Adrian Gucovschi (SBN 360988)
  adrian@Gucovschilaw.com
**GUCOVSCHI LAW FIRM, PLLC**
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230

*Attorneys for Plaintiff*
TERESA ROBERTS

Diyari Vazquez (SBN 222461)
  dvazquez@vgcllp.com
Melissa N. Eubanks (SBN 274491)
  meubanks@vgcllp.com
**VGC, LLP**
9461 Charleville Blvd. #757
Beverly Hills, California 90212
Telephone: (424) 272-9855

*Attorneys for Defendant*
THE BODY FIRM, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ROBERTS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BODY FIRM, LLC,<br><br>Defendant. | Case No. 2:25-cv-11126<br>Assigned to Judge Stanley Blumenfeld, Jr.<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT THE BODY FIRM, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: December 8, 2025<br>Response Due: December 29, 2025<br>New Response Date: January 28, 2026 |

STIPULATION TO EXTEND TIME TO RESPOND

Plaintiff TERESA ROBERTS ("Plaintiff") and Defendant THE BODY FIRM, LLC ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate and agree to extend the time for Defendant to respond to Plaintiff's Complaint as follows:

WHEREAS, on December 8, 2025, Plaintiff served her Summons and Complaint on Defendant, and Defendant's current deadline to answer or otherwise respond is December 29, 2025; and

WHEREAS, Plaintiff and Defendant agree that the time for Defendant to file a responsive pleading shall be extended to and including January 28, 2026; and

WHEREAS, Local Rule 8.3 permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without Court approval provided the change will not extend the time to respond by more than 30 days from the initial response date; and

WHEREAS, Plaintiff and Defendant agree that the extension of time for Defendant to file a responsive pleading is not greater than 30 days from Defendant's initial response date.

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The time for Defendant to file a responsive pleading shall be extended to and including January 28, 2026.

**IT IS SO STIPULATED.**

Dated: December 17, 2025.   **GUCOVSCHI LAW FIRM, PLLC**

By:   /s/ Adrian Gucovschi
Adrian Gucovschi
*Attorney for Plaintiff*
TERESA ROBERTS

Dated: December 17, 2025.   **VGC, LLP**

By:   /s/ Diyari Vázquez
Diyari Vázquez
Melissa Eubanks
*Attorneys for Defendant*
THE BODY FIRM, LLC

**C.D. Cal. Local Civil Rule 5-4.3.4(a)(2) Attestation**

I, Adrian Gucovschi, hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 17, 2025.                                   **GUCOVSCHI LAW FIRM, PLLC**

By: */s/ Adrian Gucovschi*
Adrian Gucovschi