UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.:   2:25-cv-11126-SB-MBK | Date:   February 6, 2026 |
|---|---|

| Title:   Teresa Roberts v. The Body Firm, LLC. |
|---|

| Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Adrian Gucovschi (video) | Melissa N. Eubanks |

**Proceedings: (Minutes of)** Mandatory Scheduling Conference **(Held and completed)**

The Court heard from the parties about the contents of their joint Rule 26(f) report.  The parties are ordered to complete their initial disclosures by February 20, 2026.  The parties shall also promptly correct the docket to reflect the correct lead counsel.  A case management order will be issued separately.

The Court also heard from the parties about Defendant's motion to dismiss, which was filed without the meet-and-confer declaration required by Local Rule 7-3.  Dkt. No. 17.  After being ordered to comply, defense counsel submitted a declaration stating that the parties met by telephone, in violation of the Court's standing order requiring them to meet and confer in person or by video conference.  Dkt. Nos. 8, 20.  In the declaration, Defendant represented that the parties had spoken for approximately 15 minutes and that Plaintiff stated she would stand on her complaint, notwithstanding the issues raised.  After Defendant filed its motion to dismiss, Plaintiff filed a notice of intent to amend the complaint.  Dkt. No. 22.  At the mandatory scheduling conference (MSC), Plaintiff's counsel disputed the Defendant's account of the meet and confer.

The Court has concerns about the waste of resources resulting from the parties' failure to meaningfully discuss the sufficiency of the pleadings and is considering issuing an order to show cause (OSC) re sanctions for noncompliance with the text and spirit of the Local Rules and the Court's standing order. However, the Court declines to do so at this time, and the parties need not file declarations absent further order.  The Court expects the parties to strictly comply with all rules and orders in the future and to cooperate with each other to efficiently litigate this action.

In light of Plaintiff's notice that she will file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), the Court denies Defendant's motion to dismiss as moot.  Plaintiff shall file her first amended complaint by February 13, 2026, and Defendant's response shall be due February 27.  Any challenges to the pleadings will be set for hearing on March 27, 2026, at 8:30 a.m. in Courtroom 6C.

The parties are ordered to file a supplemental report by February 13, providing the name and number of the related case discussed on the record.

0:19

CV-90 (12/02)                    **CIVIL MINUTES – GENERAL**              Initials of Deputy Clerk <u>LFA</u>

2