Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM**
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ROBERTS, individually and on behalf of all others similarly situated, | Case No.: 2:25-cv-11126-SB-MBK |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| THE BODY FIRM, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Teresa Roberts, by and through her undersigned counsel of record, hereby dismisses her claims against Defendant The Body Firm, LLC without prejudice.

Dated: February 11, 2026                          Respectfully submitted,


By:    /s/ Adrian Gucovschi
       Adrian Gucovschi (SBN 360988)

       **GUCOVSCHI LAW FIRM, PLLC.**
       140 Broadway, 46th Floor
       New York, NY 10005
       Telephone: (212) 884-4230
       Facsimile: (212) 884-4230
       E-Mail: adrian@gucovschilaw.com

       **-and-**

       **HEDIN LLP**
       Frank S. Hedin (SBN 291289)
       1395 Brickell Ave., Suite 610
       Miami, Florida 33131-3302
       Telephone: (305) 357-2107
       Facsimile: (305) 200-8801
       E-Mail: fhedin@hedinllp.com

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE